```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 04666
   DAWN R FINLEY
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-9786


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/16/2007 and was not confirmed.

     The case was dismissed without confirmation 07/09/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE    16000.00            .00            .00
HITCHCOCK AND ASSOCIATES PRIORITY         NOT FILED           .00            .00
AR RESOURCES INC         UNSEC W/INTER    NOT FILED           .00            .00
CAVALRY PORTFOLIO SERVIC UNSEC W/INTER    NOT FILED           .00            .00
CAPITAL ONE              UNSEC W/INTER     1088.67            .00            .00
CB USA INC               UNSEC W/INTER      200.00            .00            .00
CBE GROUP                UNSEC W/INTER    NOT FILED           .00            .00
COMMONWEALTH EDISON      UNSEC W/INTER    NOT FILED           .00            .00
ER SOLUTIONS             UNSEC W/INTER    NOT FILED           .00            .00
FINANCE AMERICA CORP     SECURED NOT I         .00            .00            .00
MARAUDER CORP            UNSEC W/INTER    NOT FILED           .00            .00
NICOR GAS                UNSEC W/INTER    NOT FILED           .00            .00
NICOR GAS                UNSEC W/INTER      618.48            .00            .00
US DEPT OF EDUCATION     UNSEC W/INTER    10757.28            .00            .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER      182.90            .00            .00
COUNTRYWIDE HOME LOANS   NOTICE ONLY      NOT FILED           .00            .00
THOMAS R HITCHCOCK       DEBTOR ATTY       1,918.50                       502.74
TOM VAUGHN               TRUSTEE                                           37.26
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  540.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 502.74
TRUSTEE COMPENSATION                            37.26
DEBTOR REFUND                                     .00
                      ---------------    ---------------
TOTALS                   540.00               540.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 04666 DAWN R FINLEY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/18/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE